# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver of Washington Mutual Bank, and FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>Defendants. | Case No. 1:09-cv-0533 (RMC)<br><br>ORAL ARGUMENT REQUESTED |

### MOTION OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK, TO DISMISS THE COMPLAINT IN PART PURSUANT TO FEDERAL RULES 12(B)(1) AND 12(B)(6)

Defendant the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (the "FDIC-Receiver"), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully moves for dismissal in part of the complaint dated March 20, 2009 in this action (the "Complaint"). For the reasons set forth in the accompanying memorandum of law, the FDIC-Receiver respectfully submits that Counts II, III, IV and V of the Complaint, and plaintiffs' claims for alleged fraudulent transfers in Count I, should be dismissed for lack of subject matter jurisdiction or for failure to state a claim upon which relief can be granted. In support of the motion, the FDIC-Receiver relies upon the Complaint, the accompanying memorandum of law, the Declaration of John J. Clarke, Jr. dated June 11, 2009 and the exhibits thereto, and all other proceedings had in this action.

The FDIC-Receiver respectfully requests oral argument with respect to this motion.

Dated: Washington, D.C.  
June 11, 2009

Respectfully submitted,

 /s/ David Clarke  
David Clarke, Jr. (D.C. Bar. No. 396002)  
david.clarke@dlapiper.com  
Deana L. Cairo (D.C. Bar No. 469628)  
deana.cairo@dlapiper.com  
DLA Piper LLP (US)  
500 8th Street, N.W.  
Washington, D.C.  20004  
Tel.:  (202) 799-4000  
Fax:  (202) 799-5000

- and –

John J. Clarke, Jr. (admitted *pro hac vice*)  
john.clarke@dlapiper.com  
Thomas R. Califano  
DLA Piper LLP (US)  
1251 Avenue of the Americas  
New York, New York  10020  
Tel.:  (212) 335-4500  
Fax:  (212) 335-4501

Attorneys for Defendant  
  Federal Deposit Insurance Corporation,  
  as Receiver for Washington Mutual Bank

## CERTIFICATE OF SERVICE

The undersigned attorney for the FDIC-Receiver certifies that on this 11th day of June 2009, he caused a copy of the foregoing document to be filed via ECF which will cause electronic notice of its filing to be served on all parties who have appeared in this action.

                                           /s/ John J. Clarke, Jr.
                                               John J. Clarke, Jr.