**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WASHINGTON MUTUAL, INC. and<br>WMI INVESTMENT CORP.<br><br>     Plaintiffs,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, in its capacity as receiver of<br>Washington Mutual Bank, and FEDERAL<br>DEPOSIT INSURANCE CORPORATION, in<br>its corporate capacity,<br><br>     Defendants. | Case No. 1:09-cv-0533 (RMC)<br><br><br><br>ORAL ARGUMENT REQUESTED |

**MOTION OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION,
ACTING IN ITS CORPORATE CAPACITY, TO DISMISS THE COMPLAINT
PURSUANT TO FEDERAL RULES 12(B)(1) AND 12(B)(6)**

   Defendant the Federal Deposit Insurance Corporation, acting in its corporate capacity

(FDIC-Corporate), hereby moves, pursuant to Federal Rules of Civil Procedure 12(b)(1) and

12(b)(6), for dismissal of the complaint dated March 20, 2009 in this action (the "Complaint").

   For the reasons set forth in the accompanying memorandum of law, FDIC-Corporate

respectfully submits that the entire Complaint should be dismissed as against it for lack of

subject matter jurisdiction or for failure to state a claim upon which relief can be granted.  In

support of this motion, FDIC-Corporate relies upon the Complaint, its accompanying

memorandum of law, the memorandum of law submitted by the Federal Deposit Insurance

Corporation acting in its receivership capacity, the Declaration of John J. Clarke, Jr. dated

June 11, 2009 and the exhibits thereto, and all other proceedings had in this action.

FDIC-Corporate respectfully requests oral argument with respect to this motion.

Respectfully submitted,

FEDERAL DEPOSIT INSURANCE CORPORATION

CHARLES L. COPE II
Senior Counsel

_/s/ Ashley Doherty_____
Dorothy Ashley Doherty (D.C. Bar No. 336073)
3503 N. Fairfax Drive
VS-D7022
Arlington, Virginia 22226-3500
Telephone:  (703) 562-2377
Facsimile:   (703) 562-247
adoherty@fdic.gov
_Attorneys for FDIC-Corporate_

June 15, 2009

## CERTIFICATE OF SERVICE

The undersigned attorney for the FDIC-Corporate certifies that on June 15, 2009, she

caused a copy of the foregoing document to be filed via ECF which will cause electronic notice

of its filing to be served on all parties who have appeared in this action.


*/s/ Ashley Doherty*