UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WASHINGTON MUTUAL, INC., and
WMI INVESTMENT CORP.,

    Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, in its capacity as receiver of
Washington Mutual Bank, and FEDERAL
DEPOSIT INSURANCE CORPORATION, in
its corporate capacity,

    Defendants.

Case No. 1:09-cv-00533 (RMC)

## [PLAINTIFFS' PROPOSED] SCHEDULING ORDER

**WHEREAS** Defendant Federal Deposit Insurance Corporation, in its capacity as receiver of Washington Mutual Bank ("FDIC-Receiver"), has filed a motion to dismiss Counts II, III, IV and V and one of the claims asserted in Count I of the complaint in this action; and

**WHEREAS**, Defendant Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-Corporate"), has filed a motion to dismiss the complaint; and

**WHEREAS** Plaintiffs intend to file a motion to dismiss FDIC-Receiver's counterclaims and to stay the remainder of this action pending resolution of the claims at issue in the adversary proceedings pending before the United States Bankruptcy Court for the District of Delaware;[1] it is hereby

**ORDERED** that all discovery in this action be stayed until after such time as each of the following motions have been decided in their entirety (the "Date of Decision"): (1) Defendant

---

[1] *JPMorgan Chase Bank, N.A. v. Washington Mutual, Inc.*, Adv. Pro. No. 09-50551 (MFW) (Bankr. D. Del.); and *Washington Mutual, Inc. v. JPMorgan Chase Bank, N.A.*, Adv. Pro. No. 09-50934 (MFW) (Bankr. D. Del.).

FDIC-Receiver's motion to dismiss; (2) Defendant FDIC-Corporate's motion to dismiss; and (3) Plaintiffs' forthcoming motion to dismiss FDIC-Receiver's counterclaims and to stay the proceedings have been decided; and it is further

**ORDERED** that the parties comply with the following:

1. **Discovery Period:** The period for fact discovery (including interrogatories, requests to produce, and requests for admissions) shall begin 15 days after the Date of Decision and shall be completed within 5 months of the Date of Decision.

2. **Discovery Bifurcation**: Discovery shall be conducted in two phases (i.e. fact discovery, followed by expert discovery). Discovery shall proceed on all issues in the case simultaneously.

3. **Initial Disclosures**: Initial disclosures under Fed R. Civ. P. 26(a)(1) shall be provided no later than 30 days after the Date of Decision unless waived by mutual agreement of the parties.

4. **Joinder of Parties**: Joinder of additional parties shall occur within 30 days of the Date of Decision.

5. **Amendment of Pleadings**: Any further amendment of pleadings shall be governed by the Federal Rules of Civil Procedure.

6. **Interrogatories**: Plaintiffs WMI and WMI Investment shall be permitted to collectively serve up to an additional twenty-five (25) interrogatories, upon Defendants, beyond those available under Fed. R. Civ. P. 33(a), for a total of not more than fifty (50) interrogatories, including subparts, upon Defendants. Defendants FDIC-Receiver and FDIC-Corporate shall be permitted to collectively serve up to an additional twenty-five (25) interrogatories upon the United States, beyond those available under Fed. R. Civ. P. 33(a), for a total of not more than

fifty (50) interrogatories, including subparts, upon Plaintiffs.

       7. **Depositions**: Plaintiffs are granted leave to take more than ten (10) fact depositions and Defendants are granted leave to take more than ten (10) fact depositions. The parties shall meet to discuss developing a deposition schedule and the procedures to be used during the conduct of depositions. To the extent possible and practicable, at least twenty-one (21) days notice of scheduling of depositions shall be provided to opposing counsel.

       8. **Expert Witnesses**: Affirmative expert reports shall be served no later than 6 months after the Date of Decision. Rebuttal reports prepared by each party's expert(s) shall be served no later than 7 months after the Date of Decision. Discovery of each party's experts shall be completed within 8 months of the Date of Decision.

       9. **Dispositive Motions**: The deadline for filing and serving dispositive motions shall be no later than 9 months after the Date of Decision. Any briefs in opposition must be filed and served no later than 10 months after the Date of Decision. Reply papers, if any, must be filed and served no later than 11 months after the Date of Decision.

       10. **Pre-Trial Conference**: The Pretrial Conference shall be scheduled following the Date of Decision.

   **IT IS SO ORDERED**.

This ___ day of _____, 2009.

                                              _____
                                              The Honorable Rosemary M. Collyer
                                              United States District Judge