UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WASHINGTON MUTUAL, INC., and
WMI INVESTMENT CORP.,

    Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, in its capacity as receiver of
Washington Mutual Bank, and FEDERAL
DEPOSIT INSURANCE CORPORATION, in
its corporate capacity,

    Defendants.

Case No. 1:09-cv-00533 (RMC)

## CONSENT MOTION FOR A BRIEFING SCHEDULE

Plaintiffs Washington Mutual, Inc. and WMI Investment Corp. ("Plaintiffs"), by and through undersigned counsel, hereby respectfully move the Court for an order setting a briefing schedule with respect to the Amended Answer and Counterclaims filed Defendant Federal Deposit Insurance Corporation in its capacity as receiver of Washington Mutual Bank ("FDIC-Receiver").

Subject to approval of the Court, under the schedule agreed to among the parties: (1) Plaintiffs' response to FDIC-Receiver's Amended Counterclaims shall be served and filed no later than July 27, 2009; (2) Defendant FDIC-Receiver shall respond to any motion filed by Plaintiffs under Fed. R. Civ. P. Rule 12 with respect to FDIC-Receiver's Amended Counterclaims no later than August 28, 2009; and (3) Plaintiffs' reply memoranda with respect to any motion under Fed. R. Civ. P. Rule 12 with respect to FDIC-Receiver's Amended Counterclaims shall be due no later than September 18, 2009. Additionally, to achieve parity in

the briefing schedules, Defendants' deadline to file their reply memoranda with respect to the motions to dismiss filed by of FDIC-Receiver and FDIC in its corporate capacity ("FDIC-Corporate") shall be extended from August 3, 2009 to August 6, 2009.

In support of this motion, Plaintiffs state as follows:

1. On July 13, 2009, FDIC-Receiver filed and served its First Amended Answer and Counterclaims with respect to Plaintiffs' complaint in this action.

2. On June 23, 2009, the Court entered a minute order granting Plaintiff's Consent Motion for an Extension of Time and ordering that Plaintiffs' response to the FDIC-Receiver's Counterclaims was due "no later than July 16, 2009." *See* 6/23/2009 Minute Order.

3. Fed. R. Civ. P. Rule 15(a)(3) provides "[u]nless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 10 days after service of the amended pleading, whichever is later."

4. Under the 10 day period set forth in Fed. R. Civ. P. Rule 15(a)(3), Plaintiffs' response to FDIC's Receiver's Amended Answer and Counterclaims is due on July 27, 2009.

5. Under the Court's June 23, 2009 minute order, "if Plaintiff's response [to FDIC-Receiver's Counterclaims] . . . requires an opposition from Defendant FDIC-Receiver, Defendant shall file that opposition no later than August 17, 2009." *See* 6/23/2009 Minute Order.

6. Because Plaintiffs now have until July 27, 2009 to file their response to FDIC-Receiver's Amended Counterclaims, good cause exists to extend the deadline for FDIC-Receiver to respond to any Rule 12 motion that Plaintiffs may make with respect to FDIC-Receiver's Amended Counterclaims to August 28, 2009.

7. Similarly, good cause exists to extend Plaintiffs' time to file reply memoranda with respect to any motion filed under Fed. R. Civ. P. Rule 12 by two weeks from September 4, 2009 to September 18, 2009.

8. Under the Court's June 23, 2009 minute order, Defendants' reply memoranda with respect to their motions to dismiss are due no later than August 3, 2009.

9. In order to achieve parity between Plaintiffs' and Defendants' deadlines to file reply memoranda with respect to their respective motions, good cause exists to extend Defendants' time to file their reply memoranda with respect to the motions to dismiss filed by FDIC-Receiver and FDIC-Corporate by three days from Monday, August 3, 2009 to Thursday, August 6, 2009.

10. In light of the current procedure posture of this case, no party will be prejudiced by the requested briefing schedule.

11. Pursuant to Local Rule 7(m), undersigned counsel has conferred with Defendants' counsel, who consent to the relief requested herein.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order establishing the briefing schedule set forth above. A proposed order is attached.

Dated: July 15, 2009                                              Respectfully submitted,

|  |  |
|---|---|
|  | /s/ Adam P. Strochak |
| Daniel H. Bromberg (D.C. Bar No. 442716) | David R. Berz, Esq. (D.C. Bar No. 182105) |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | Adam P. Strochak, Esq. (D.C. Bar No. 439308) |
| 555 Twin Dolphin Drive, Suite 520 | Weil, Gotshal & Manges LLP |
| Redwood Shores, CA 94306 | 1300 Eye Street, NW, Suite 900 |
| Telephone: (650) 801-5008 | Washington, DC 20005 |
| Facsimile: (650) 801-5100 | Telephone: (202) 682-7001 |
|  | Facsimile: (202) 857-0939 |
| – and – |  |
|  | – and – |
| Peter E. Calamari |  |
| David L. Elsberg | Marcia L. Goldstein, Esq. |
| Deborah K. Brown | Brian S. Rosen, Esq. |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | Weil, Gotshal & Manges LLP |
| 51 Madison Avenue | 767 Fifth Avenue |
| New York, New York 10010 | New York, New York 10153 |
| Telephone: (212) 849-7000 | Telephone: (212) 310-8000 |
| Facsimile: (212) 849-7100 | Facsimile: (212) 310-8007 |
|  |  |
|  | Attorneys for Plaintiffs WMI and WMI Investment |