UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON MUTUAL, INC., <br><br>and<br><br>WMI INVESTMENT CORP.,<br><br>         Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>         Defendant,<br><br>and<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver of Washington Mutual Bank,<br><br>         Defendant and Counterclaim Plaintiff. | Case No. 1:09-cv-00533 RMC |

**MOTION OF PLAINTIFFS' WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP. TO DISMISS THE AMENDED COUNTERCLAIMS OF DEFENDANT AND COUNTERCLAIM PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION, PURSUANT TO 11 U.S.C. § 362(a) AND FEDERAL RULE 12(B)(6), AND TO STAY THE PROCEEDING IN ITS ENTIRETY**

Plaintiffs Washington Mutual, Inc. and WMI Investment Corp. (collectively, "Debtors" or "Plaintiffs"), pursuant to 11 U.S.C. § 362 (a) and Federal Rule of Civil Procedure 12(b)(6), respectfully move for dismissal of the Amended Counterclaims dated July 13, 2009 in this action (the "Counterclaims"). For the reasons set forth in the accompanying memorandum of law, Plaintiffs respectfully submit that the Counterclaims should be dismissed in their entirety as they violate the automatic stay imposed by 11 U.S.C. § 362(a) or for failure to state a claim upon which relief can be granted. Plaintiffs also respectfully request that the remainder of this action

be stayed in favor of the pending proceedings in the Bankruptcy Court in the District of Delaware.  In support of the motion, Plaintiffs rely upon the Counterclaims, the accompanying memorandum of law, the Declaration of Adam M. Abensohn dated July 27, 2009 and the exhibits attached thereto, and all other pleadings in this action.

  Plaintiffs respectfully request oral argument with respect to this motion.

Dated: Redwood Shores, CA
   July 27, 2009

                       ___s/ Daniel H. Bromberg_____
                       Daniel H. Bromberg
                       (danbromberg@quinnemanuel.com)

                       Quinn Emanuel Urquhart Oliver & Hedges, LLP
                       555 Twin Dolphin Drive, Suite 520
                       Redwood Shores, CA 94306
                       (650) 801-5008
                       Fax: (650) 801-5100

                       Peter E. Calamari
                       (petercalamari@quinnemanuel.com)
                       Michael B. Carlinsky
                       (michaelcarlinsky@quinnemanuel.com)
                       David L. Elsberg
                       (davidelsberg@quinnemanuel.com)
                       Deborah K. Brown
                       (deborahbrown@quinnemanuel.com)
                       Quinn Emanuel Urquhart Oliver & Hedges, LLP
                       51 Madison Avenue, 22nd Floor
                       New York , NY 10010
                       (212) 849-7000
                       Fax: (212) 849-7100

                       -and-

                       David R. Berz
                       Adam P. Strochak
                       Weil, Gotshal & Manges, LLP
                       1300 Eye Street, NW, Suite 900
                       Washington, DC 20005
                       Telephone: (202) 682-7001
                       Facsimile: (202) 857-0939

*Attorneys for Plaintiffs Washington Mutual, Inc. and WMI Investment Corp.*