UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON MUTUAL, INC., and WASHINGTON INVESTMENT CORP.,<br><br>    **Plaintiffs,**<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CPORATION, in its capacity as receiver of Washington Mutual Bank, and FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>    **Defendants.** | Case No. 1:09-cv-0533 (RMC) |

**JOINT NOTICE OF FILING BY FDIC-CORPORATE AND FDIC-RECEIVER
OF SUPPLEMENTAL AUTHORITY**

  The Federal Deposit Insurance Corporation, acting in its corporate capacity (FDIC-Corporate) and as receiver of Washington Mutual Bank (FDIC-Receiver), jointly file the attached supplemental authority in support of their respective motions to dismiss claims asserted against them in the complaint (Complaint) filed by plaintiffs Washington Mutual, Inc. and WMI Investment Corp. (collectively, WMI) in this action. Dkt. 24, 27. The supplemental authority supports the arguments made by FDIC-Corporate and FDIC-Receiver in the briefs that they previously filed in support of those motions. Dkt. 25 at 15-17; Dkt. 48 at 13-14; Dkt. 49 at 7-8.

  The Complaint includes a claim that, by entering into a Purchase and Assumption Agreement with JPMorgan Chase Bank, N.A. (JPMC) providing for the sale of substantially all of WMB's assets, FDIC-Corporate and FDIC-Receiver committed a "a taking of [WMI's] property without just compensation in violation of the Fifth Amendment to the United States Constitution." Compl., Dkt. 1 at 26, ¶ 92 (Count III). In a recent decision, the U.S. Court of

Federal Claims rejected a similar claim by stockholders of WMI. *Thykkuttathil v. United States*, 2009 WL 2414371 (Fed. Cl. Aug. 4, 2009)(copy attached as Exhibit A).

In *Thykkutathil*, the stockholder plaintiffs alleged that their WMI stock "became worthless" when the Office of Thrift Supervision "seized" WMB, "placed [it] in receivership under" the FDIC, and "sold [it] to [JPMC]." *Id*. at 2414371, *1. Like WMI, these stockholders also alleged that "WMB 'had not failed when it was placed into receivership.'" *Id*. at 2424371, *3; *see* Compl., ¶ 82.

The Court of Federal Claims held that it had subject matter over the stockholders' takings claim under the Tucker Act, 28 U.S.C. § 1491(a)91). *Id.* at 2414371,*1. Holding that

> [a] takings claim will not lie for the seizure of a bank by federal regulators, even if an allegation is made that the seized bank had not yet failed when it was seized.
> . . .
> . . . [T]he Fifth Amendment of the Constitution does not provide compensation in these circumstances[,]

the Court of Federal Claims dismissed the stockholders' takings claim. *Id*. at 2414371, *3. WMI's takings claims here should likewise be dismissed.

           Respectfully submitted,

           CHARLES L. COPE
           Senior Counsel

           By */s/ Ashley Doherty*
           D. Ashley Doherty (D.C. Bar 336073)
           Counsel
           Federal Deposit Insurance Corporation
           3501 Fairfax Drive, VS-D7022
           Arlington, VA 22226
           (703) 562-2377 (phone)
           (703) 562-2477 (fax)
           adoherty@fdic.gov

           Attorneys for Defendant
            Federal Deposit Insurance Corporation
            acting in its Corporate Capacity

        */s/ David Clarke, Jr.*
David Clarke, Jr. (D.C. Bar. No. 396002)
david.clarke@dlapiper.com
Deana L. Cairo (D.C. Bar No. 469628)
deana.cairo@dlapiper.com
DLA Piper LLP (US)
500 8th Street, N.W.
Washington, D.C.  20004
Tel.:  (202) 799-4000
Fax:  (202) 799-5000

   - and –

John J. Clarke, Jr. (admitted *pro hac vice*)
john.clarke@dlapiper.com
Thomas R. Califano
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020
Tel.:  (212) 335-4500
Fax:  (212) 335-4501

Attorneys for Defendant
  Federal Deposit Insurance Corporation,
  as Receiver for Washington Mutual Bank

August 21, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing document to be filed via ECF, which will cause electronic notice of its filing to be served on all parties who have appeared in this action.

*/s/ Ashley Doherty*
D. Ashley Doherty

August 21, 2009