**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WASHINGTON MUTUAL, INC. and<br>WMI INVESTMENT CORP.<br><br>        Plaintiffs and Counterclaim<br>        Defendants,<br><br>   v.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, in its corporate capacity,<br><br>        Defendant,<br><br>   - and -<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, in its capacity as receiver of<br>Washington Mutual Bank,<br><br>        Defendant and<br>        Counterclaim Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Counterclaim Defendant. | Case No. 1:09-cv-0533 (RMC) |

## <u>CONSENT MOTION TO EXTEND BRIEFING SCHEDULE</u>

Defendant and counterclaim plaintiff Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (the "FDIC-Receiver"), respectfully moves for a one-week extension of the remaining briefing schedule with respect to the motion of plaintiffs Washington Mutual, Inc. and WMI Investment Corp. to dismiss the FDIC-Receiver's amended counterclaims and to stay these proceedings in their entirety (the "Motion"). Subject to the approval of the Court, all parties consent to the extension requested herein.

1.      Under a briefing schedule previously approved by the Court, the FDIC-Receiver's response to the Motion must be filed on or before August 28, 2009 and plaintiffs' reply brief in further support of the Motion must be filed on or before September 18, 2009.  *See* Minute Order dated July 24, 2009.

2.      By this consent motion, the FDIC-Receiver respectfully requests extensions of each of these dates by one week.  Under the proposed amended schedule, any response to the Motion would be required to be filed on or before September 4, 2009 and any reply in further support of the Motion would be required to be filed on or before September 25, 2009.

3.      Good cause exists for the requested extension.  Since the Court's July 24, 2009 scheduling order was entered, a number of events have arisen in related proceedings that have required and will continue to require the attention of the FDIC-Receiver's counsel.  Just this week, these other events have included: (1) on Monday, August 24, 2009, many of the parties to this action appeared for an omnibus hearing in the United States Bankruptcy Court for the District of Delaware.  Although the date for the hearing was long scheduled, the agenda was circulated only last week and included several motions in plaintiffs' pending chapter 11 cases and in two adversary proceedings that required the substantive attention of counsel for the FDIC-Receiver; and (2) on Wednesday, August 26, 2009, a deposition has been scheduled in connection with a pending motion for summary judgment in the Bankruptcy Court adversary proceeding styled *Washington Mutual, Inc. v. JPMorgan Chase Bank, N.A.*, Adv. Proc. No. 09-50934 (Bankr. D. Del.), that counsel for the FDIC-Receiver will attend.

4.      If the Court grants a one-week extension to the FDIC-Receiver, good cause similarly exists to extend plaintiffs' time to file any reply by one week.

5.     Pursuant to Local Rule 7(m), counsel for the FDIC-Receiver has conferred with plaintiffs' counsel and with counsel for defendant Federal Deposit Insurance Corporation, in its corporate capacity, and counterclaim defendant JPMorgan Chase Bank, N.A., all of whom consent to the requested one-week extension.

6.     In light of the current procedural posture of this case, no party will be prejudiced by the requested extension.

WHEREFORE, the FDIC-Receiver respectfully requests that the Court enter an order

providing for an extension of the current briefing schedule as set forth above.  A proposed order

is attached.

Dated:  Washington, D.C.              Respectfully submitted,
       August 26, 2009

                                              /s/ Deana L. Cairo
                                           David Clarke, Jr. (D.C. Bar. No. 396002)
                                           david.clarke@dlapiper.com
       Deana L. Cairo (D.C. Bar No. 469628)
       deana.cairo@dlapiper.com
       DLA Piper LLP (US)
       500 8th Street, N.W.
       Washington, D.C.  20004
       Tel.:  (202) 799-4000
       Fax:  (202) 799-5000

           - and –

       John J. Clarke, Jr. (admitted *pro hac vice*)
       john.clarke@dlapiper.com
       Thomas R. Califano
       DLA Piper LLP (US)
       1251 Avenue of the Americas
       New York, New York  10020
       Tel.:  (212) 335-4500
       Fax:  (212) 335-4501

       Attorneys for Defendant
        Federal Deposit Insurance Corporation,
        as Receiver for Washington Mutual Bank

**CERTIFICATE OF SERVICE**

The undersigned attorney for the FDIC-Receiver certifies that on this 26th day of August 2009, she caused a copy of the foregoing document to be filed via ECF which will cause electronic notice of its filing to be served on all parties who have appeared in this action.

_____/s/ Deana L. Cairo_____
Deana L. Cairo