UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP.,<br><br>    Plaintiffs and<br>    Counterclaim Defendants,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>    Defendant,<br><br>  – and –<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver of Washington Mutual Bank,<br><br>    Defendant and<br>    Counterclaim Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Counterclaim Defendant. | Case No. 1:09-cv-00533 (RMC) |

## **RULE 7.1 DISCLOSURE STATEMENT OF JPMORGAN CHASE BANK, N.A.**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the judges of this court to evaluate possible disqualification or recusal, the undersigned attorney of record for proposed Counterclaim Defendant JPMorgan Chase Bank, N.A. ("JPMC"),

certifies that the following reflects any corporate parents, and any publicly held corporation that owns 10% or more of JPMC's stock: JPMorgan Chase & Co.

Dated: September 4, 2009
        Washington, D.C.

Respectfully submitted,

By:    /s/ Bruce W. Hickey

Bruce W. Hickey (D.C. Bar No. 479036)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500
Facsimile: (202) 293-6330

*Counsel for Counterclaim Defendant
JPMorgan Chase Bank, N.A.*