UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, <br><br> Defendant, <br><br> – and – <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver of Washington Mutual Bank, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Counterclaim Defendant. | Case No. 1:09-cv-00533 (RMC) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Counterclaim Defendant JPMorgan Chase Bank, N.A. ("JPMC"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of JPMC which have any outstanding securities in the hands of the public: JPMorgan Chase & Co.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: September 4, 2009
       Washington, D.C.

Respectfully submitted,

By:    /s/ Bruce W. Hickey

Bruce W. Hickey (D.C. Bar No. 479036)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500
Facsimile: (202) 293-6330

*Counsel for Counterclaim Defendant*
*JPMorgan Chase Bank, N.A*