UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON MUTUAL, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 09-533 (RMC) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) ) |
| Defendant. | ) ) |

### ORDER

For the reasons set forth in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that JP Morgan Chase's Motion to Intervene as a Defendant [Dkt. # 4] is **GRANTED**.

SO ORDERED.

Date: October 5, 2009

/s/
ROSEMARY M. COLLYER
United States District Judge