UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASHINGTON MUTUAL, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION, in its capacity as ) <br> receiver of Washington Mutual Bank, *et* ) <br> *al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 09-533 (RMC) |

## ORDER ON BANK BONDHOLDERS MOTION TO INTERVENE AS DEFENDANTS

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Bank Bondholders' Motion to Intervene as Defendants [Dkt. # 23] is **GRANTED**; and it is further

**ORDERED** that the Bank Bondholders may file any briefs in support of or opposition to any pending motions to dismiss no later than October 28, 2009.

**SO ORDERED.**

Date:   October 13, 2009                                         /s/
                                                                                ROSEMARY M. COLLYER
                                                                                United States District Judge