**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| WASHINGTON MUTUAL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No. 1:09-cv-00533 (RMC) |

**[PROPOSED] SCHEDULING ORDER**

In accordance with Fed. R. Civ. P. 16 and L. Civ. R. 16.4(b), the Court hereby
**ORDERS** as follows:

1.    **Initial Disclosures.**  The parties shall not be required to provide initial disclosures
pursuant to Rule 26(a)(1).

2.    **Joinder of Parties, Amendment of Pleadings and Narrowing of Issues.**  Any
further amendment of pleadings shall be governed by the Federal Rules of Civil
Procedure.  Joinder of any additional parties shall occur by no later than 30 days
after entry of an order determining the pending motions to stay.

3.    **Fact Discovery Period.**  All fact discovery shall be completed by March 5, 2010.

4.    **Written Discovery.**  Interrogatories shall be limited to the presumptive limit of 25
written interrogatories, including all discrete subparts, as set forth in Federal Rule of
Civil Procedure 33(a)(1).

5.    **Depositions.**  The presumptive limit on the number of depositions set forth in
Federal Rule of Civil Procedure 30(a)(2) shall not apply.  The parties shall confer
and agree upon an appropriate limit on the number of depositions that may be taken
or seek the Court's assistance to resolve any dispute regarding the number of
depositions.

6.    **Dispositive Motions.**

a.    The deadline for filing and serving partial summary judgment motions related to
ownership of tax refunds is no later than ten days following entry of this Order.

Any briefs in opposition must be filed and served no later than thirty days following filing and serving of the opening motions. Reply papers, if any, must be filed and served no later than fourteen days after filing and serving of the opposition briefs.

b. The deadline for filing and serving dispositive motions is no later than June 4, 2010. Any briefs in opposition must be filed and served no later than July 2, 2010. Reply papers, if any, must be filed and served no later than July 23, 2010.

7. **Expert Witnesses.** Affirmative expert reports shall be served no later than March 22, 2010. Rebuttal reports prepared by each party's expert(s) shall be served no later than April 22, 2010. Discovery of each party's experts shall be completed by May 21, 2010.

8. **Pre-Trial Conference.** The final pre-trial conference is scheduled for July 23, 2010.

**IT IS SO ORDERED.**


DATED: _____, 2009          _____

                                                     ROSEMARY M. COLLYER
                                                     UNITED STATES DISTRICT JUDGE

The following are entitled to be notified of the entry of this proposed order:

Daniel H. Bromberg
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 520
Redwood Shores, California  94306
Telephone: (650) 801-5008
Facsimile: (650) 801-5100

Peter E. Calamari
Michael B. Carlinsky
David L. Elsberg
Deborah K. Brown
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Erica P. Taggart
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA  90017-3211
Telephone: (213) 443-3196
Facsimile: (213) 443-3100

David R. Berz
Adam P. Strochak
Jennifer L. Wine
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, D.C.  20005
Telephone: (202) 682-7001
Facsimile: (202) 857-0939

Walter E. Zelinski
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Counsel for Plaintiffs Washington Mutual,
Inc. and WMI Investment Corp.*

David Clarke, Jr.
Deana L. Cairo
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, D.C.  20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000

John J. Clarke, Jr.
Thomas R. Califano
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York  10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Counsel for Defendant and Counterclaim
Plaintiff Federal Deposit Insurance
Corporation, as Receiver for Washington
Mutual Bank*

D. Ashley Doherty
Federal Deposit Insurance Corporation
Legal Division,
Corporate Litigation Unit
3501 Fairfax Drive, VS-D7022
Arlington, Virginia  22226
Telephone: (703) 562-2377
Facsimile: (703) 562-2477

*Counsel for Defendant Federal Deposit
Insurance Corporation in its Corporate
Capacity*


Robert A. Sacks
Hydee R. Feldstein
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Bruce E. Clark
Stacey R. Friedman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

Brent J. McIntosh
Bruce W. Hickey
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 956-7500
Facsimile:  (202) 293-6330

*Counsel for Defendant JPMorgan Chase
Bank, N.A.*

Philip David Anker
WILMER, CUTLER PICKERING HALE
& DORR, LLP
399 Park Avenue
New York, New York  10022
Telephone: (212) 230-8890
Facsimile: (212) 230-8888

*Counsel for Defendant Bank Bondholders*


Matthew D. Foster
David B. Stratton
PEPPER HAMILTON LLP
600 14th Street, NW
Suite 500
Washington, D.C.  20005-2008
Telephone: (202) 220-1235
Facsimile: (202) 220-1665

*Counsel for Movant Official Committee of
Unsecured Creditors*