

June 30, 2010

Magistrate Judge Collyer
U.S. District Court Clerk's Office
333 Constitution Avenue, NW
Room 1225
Washington DC 20001



Re: Request to intervene in Index: 09-CV-00533-RMC Washington Mutual, Inc, et.al. vs FDIC, et.al. to consolidate with Louis Diez's action 09-CV-02390(JS)(WDW)

Dear Judge Collyer:

Kindly accept this correspondence to allow me, acting as a Pro Se litigator, to intervene in case number 09-CV-00533-RMC in order to consolidate this case with my already filed case 09-CV-02390(JS) (WDW) at US District Court, Eastern District of New York located at Central Islip, NY 11722. Kindly review the attached documentation and advise accordingly. I, Louis Diez, will be amending my initial summons and complaint to include portions of Washington Mutual vs FDIC allegation and filing a separate motion to intervene / consolidate all pending cases at US District Court, Eastern District of New York located at Central Islip, NY 11722. I would appreciate contact information for all parties to case number: 09-CV-00533-RMC so they can be served properly. Ironically, Washington Mutual was posted as co-defendant to Deutsche Bank's foreclosure action against Louis Diez.

This is the second time I have sent this correspondence to your attention as no case caption was included on the first dispatch thus the mail was returned.

According to CPLR 602(a):
"When actions involving a common question of law or fact are pending before a court, the court, upon motion, may order a joint trial of any or all matters in issue, may order the actions consolidated, and may make such other orders concerning proceedings therein as may tend to avoid unnecessary costs or delay."

CPLR 602(b) further provides:
"Where an action is pending in the Supreme Court it may, upon motion, remove itself an action pending in another court and consolidate it or have it tried together with that in the Supreme Court..."

If your office needs more information or separate documentation from Louis Diez, Pro Se, kindly revert back via either mail to: Louis Diez, 138 Morris Drive, East Meadow, NY 11554; or email to: louisdiez@hotmail.com

Thank you. Awaiting eagerly for confirmation of your receipt and acknowledgement to my requests.

Best Regards,

Louis Diez
516-644-5636

cc: Pro Se office