IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- )
WASHINGTON MUTUAL, INC., *et al.*,              )
                                                )
        Plaintiffs,                             )
                                                )  Civil Action No. 09-cv-0533 (RMC)
        v.                                     )
                                                )
FEDERAL DEPOSIT INSURANCE                       )
CORPORATION, in its capacity as                 )
receiver of Washington Mutual Bank, *et*        )
*al.*,                                          )
                                                )
        Defendants.                             )
---------------------------------------------------------- )

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to and subject to the provisions of that certain Second Amended and Restated Settlement Agreement, dated as of February 7, 2011 (as amended, the "*Settlement Agreement*"), and the Findings of Fact, Conclusions of Law, and Order Confirming Seventh Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United Stated Bankruptcy Code (the "*Plan*"), dated February 24, 2012, plaintiffs and counterclaim defendants Washington Mutual, Inc. and WMI Investment Corp. (collectively, the "*Plaintiffs*"), defendant and counterclaim plaintiff Federal Deposit Insurance Corporation, in its capacity as receiver for Washington Mutual Bank (the "*FDIC-Receiver*"), defendant Federal Deposit Insurance Corporation in its corporate capacity ("*FDIC-Corporate*"), intervenor defendant and counterclaim defendant JPMorgan Chase Bank, N.A. ("*JPMC*"), and those holders of notes issued by Washington Mutual Bank that have intervened as defendants in this action (the "*Bank Bondholders*") hereby stipulate and agree that, the Effective Date of the Plan and Settlement Agreement having occurred, all claims, causes of action, and objections of any sort asserted in the above-captioned litigation shall be and hereby are dismissed with prejudice to refiling the

same or any part thereof except to the extent any claim has been expressly preserved in the Settlement Agreement. Each of the Plaintiffs, the FDIC-Receiver, FDIC-Corporate, JPMC, the Bank Bondholders, and any of the other intervening parties shall be responsible for its own costs of court and attorneys' fees.

Dated: New York, New York
       March 19, 2012

/s/ Adam P. Strochak
David R. Berz (D.C. Bar No. 182105)
Adam P. Strochak (D.C. Bar No. 439308)
Weil, Gotshal & Manges LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7001
Facsimile: (202) 857-0939

– and –

Brian S. Rosen
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

– and –

Peter E. Calamari
Susheel Kirpalani
David L. Elsberg
Benjamin I. Finestone
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiffs Washington Mutual, Inc.
and WMI Investment Corp.*

/s/ David Clarke, Jr.
David Clarke, Jr. (D.C. Bar No. 396002)
Deana L. Cairo (D.C. Bar No. 469628)
DLA Piper LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 799-4000
Facsimile: (202) 277-5000

– and –

John J. Clarke, Jr.
Thomas R. Califano
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, N.Y. 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Attorneys for Defendant FDIC-Receiver*

/s/ Daniel H. Kurtenbach
Daniel H. Kurtenbach (D.C. Bar No. 426590)
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Room VS-D7026
Arlington, VA 22226
Telephone: (703) 562-2465
Facsimile: (703) 562-2477

*Counsel for Defendant FDIC-Corporate*

/s/ Brent J. McIntosh
Bruce E. Clark (USDC Bar No. D00144)
Robert A. Sacks (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

– and –

Brent J. McIntosh (D.C. Bar No. 991470)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500
Facsimile: (202) 293-6330

*Counsel for Defendant and JPMorgan Chase Bank, N.A.*

/s/ Philip D. Anker
Philip D. Anker
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Counsel for the Bank Bondholders*

SO ORDERED this ____ day of 21 March, 2012

/s/ Rosemary M. Collyer
HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE